F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 1 2011

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01399-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

KEITH RUSSELL JUDD,

      Plaintiff,

v.

SECRETARY OF STATE OF COLORADO, and
STATE OF COLORADO,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a document titled "Complaint for Declaratory Judgment

and Preliminary Injunction; Elections-Voting" and an Application for Waiver of Filing

Fees and Costs.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted documents are deficient as described in this

order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.

Any papers which the Plaintiff files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   <u>xx</u>   is not submitted
(2)   __   is missing affidavit
(3)   <u>xx</u>   is missing certified copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information

(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or
            habeas application
(9)   __    An original and a copy have not been received by the court.
            Only an original has been received.
(10)  xx    other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11)  __    is not submitted
(12)  xx    is not on proper form (must use the court's current form)
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. ___
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    An original and a copy have not been received by the court.  Only an
            original has been received.
(17)  __    Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(18)  __    names in caption do not match names in text
(19)  __    other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

2

DATED June 1, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01399-BNB

Keith Russell Judd
Reg No. 11593-051
FCI Texarkana
P.O. Box 7000
Texarkana, TX 75505

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Prisoner Complaint forms** to the above-named individuals on June 1, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk