**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01399-LTB

KEITH RUSSELL JUDD,

    Plaintiff,

v.

SECRETARY OF STATE OF COLORADO, and
STATE OF COLORADO,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion for relief from judgment (ECF No. 17) is DENIED because Plaintiff fails to present any argument that addresses the basis for the order dismissing this action.

Dated:  August 7, 2012